IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| versus | § | CRIMINAL NO. H-10CR00649-001 |
| | § | |
| HILZA VANESSA LOPEZ OCAMPO | § | |
| | § | |
| Defendant | § | |

## ORDER RESETTING SENTENCING

At the request of the Probation Office, the sentencing of the Defendant is hereby reset.

1. The Pre-Sentence Investigation Report was disclosed on January 10, 2011.

2. Counsel will file objections or a statement within fourteen (14) days after disclosure.

3. The sentencing will be held:

   Date:  February 24, 2011

   Time:  1:30    PM

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the  14th day of January, 2011, at Houston, Texas.

_____
Nancy F. Atlas
United States District Judge